FILED
CLERK, U.S. DISTRICT COURT
NOV - 4 2016
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR NO 10-24-RGK |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| Mayra Prieto, | ) Allegations of Violations of Probation |
| Defendant. | ) Supervised Release) |
| | ) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) [X] the appearance of defendant as required; and/or
(B) [X] the safety of any person or the community.

//
//

The court concludes:

A. [X] Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: No Bail Resources and nature of instant Allegations against him.

(B) [X] Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: Prior Criminal History and Recent Arrest and Alleged Drug usage

IT IS ORDERED that defendant be detained.

DATED: 11/4/2016

JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

2